# United States District Court
## Southern District of Georgia

JOHN CARY CARTER,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-67

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 1, 2019, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court dismisses Plaintiff's Complaint without prejudice for failure to follow this Court's Orders and failure to prosecute. Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

August 9, 2019  
Date

Scott L. Poff  
Clerk

_____  
(By) Deputy Clerk